UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**STEVEN A. JENKINS,**

    **Petitioner,**

v.

**NEIL TURNER, WARDEN,**

    **Respondent.**

Case No. 2:17-cv-738
Judge Michael H. Watson
Magistrate Judge Elizabeth P. Deavers

## OPINION AND ORDER

On April 23, 2018, the Magistrate Judge issued an Order and Report and Recommendation ("R&R") denying Petitioner's Motion for Default Judgment, ECF No. 4, and recommending that Respondent's Motion to Dismiss, ECF No. 10, be granted and that this action be dismissed. Order and R&R, ECF No. 13. Although the parties were advised of the right to file objections to the Magistrate Judge's Order and R&R, and of the consequences of failing to do so, no objections have been filed. Accordingly, the Order and R&R, ECF No. 13, is **ADOPTED** and **AFFIRMED**. Respondent's Motion to Dismiss, ECF No. 10, is **GRANTED**. This action is hereby **DISMISSED**.

Petitioner has waived the right to appeal by failing to file objections. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). Therefore, the Court **DECLINES** to issue a certificate of appealability.

**IT IS SO ORDERED.**

*[signature]*
**MICHAEL H. WATSON, JUDGE**
**UNITED STATES DISTRICT COURT**