UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

Steven A. Jenkins,

    Petitioner,

v.                                Case No. 2:17-cv-738

Warden, North Central        Judge Michael H. Watson
Correctional Institution,         Magistrate Judge Deavers

    Defendant.

## ORDER

On September 10, 2018, Magistrate Judge Deavers issued a Report and Recommendation ("R&R") recommending that the Court dismiss Petitioner's petition for a writ of habeas corpus as untimely filed. R&R, ECF No. 20. The R&R advised the parties of their right to object and notified the parties that a failure to object would amount to a waiver of the right to *de novo* review as well as a waiver of the right to appeal the Undersigned's decision adopting the R&R. *Id.* at 12. The deadline for objecting has passed, and no party has filed objections. Accordingly, the Court **ADOPTS** the R&R and **DISMISSES** this action.

IT IS SO ORDERED.

/s/ Michael H. Watson
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT